# REGISTER OF ACTIONS
## CASE NO. DC-12-00217

| | | |
|---|---|---|
| JAMES JUDD, Jr., et al vs. BBVA COMPASS BANK | § § § § § | Case Type: **OTHER (CIVIL)**<br>Subtype: **INJUNCTION**<br>Date Filed: **01/09/2012**<br>Location: **134th District Court** |

---

### PARTY INFORMATION

|  |  |  | Lead Attorneys |
|---|---|---|---|
| DEFENDANT | BBVA COMPASS BANK | | |
| PLAINTIFF | JUDD, JAMES DUDLEY, Jr. | | ROBERT D HEMPHILL<br>*Retained*<br>214-242-6498(W) |
| PLAINTIFF | MORRIS, JAMES W | | ROBERT D HEMPHILL<br>*Retained*<br>214-242-6498(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 01/09/2012 | ORIGINAL PETITION (OCA) |
| 01/09/2012 | ISSUE CITATION |
| 01/09/2012 | ISSUE TRO AND NOTICE |
| 01/10/2012 | MOTION - MISCELLANOUS<br>  *MOTION FOR CLARIFICATION AND OBJECTION REGARDING TRANSFER OF CASE* |
| 01/11/2012 | RESPONSE<br>  *THE CAMAC PARTIES RESPONSE IN OPPOSITION* |
| 01/11/2012 | NOTICE OF DISMISSAL FOR WANT OF PROSECUTION |
| 01/13/2012 | MOTION - CLARIFY TEMPORARY ORDERS<br>  *OBJECTION RE TRANSFER* |
| 01/13/2012 | RESPONSE<br>  *DEF / AND MOTION TO QUASH CITY OF DALLAS' MOTION TO HOLD DEF IN CONTEMPT AND FOR COSTS* |
| 01/13/2012 | CITATION<br>  BBVA COMPASS BANK   Served   01/17/2012<br>                        Returned 01/19/2012 |
| 01/18/2012 | CASE FILING COVER SHEET |
| 03/16/2012 | DISMISSAL FOR WANT OF PROSECUTION (10:00 AM) (Judicial Officer TILLERY, DALE) |

---

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| | **PLAINTIFF** JUDD, JAMES DUDLEY, Jr. | |
| | Total Financial Assessment | 276.00 |
| | Total Payments and Credits | 280.00 |
| | **Balance Due as of 02/07/2012** | **(4.00)** |
| 01/09/2012 | Transaction Assessment | 252.00 |
| 01/09/2012 | Transaction Assessment | 24.00 |
| 01/09/2012 | PAYMENT (CASE FEES)  Receipt # 1327-2012-DCLK    PALMER & MANUEL LLP | (280.00) |

EXHIBIT A (Blumberg No. 5119)